IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE CARLOS CRUZ MARTINEZ | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:26-CV-794-K-BW |
| | § | |
| MARKWAYNE MULLIN, Acting | § | |
| Secretary, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND**
**<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt. No. 3) is **DENIED**.

**SO ORDERED.**

**Signed March 30th, 2026.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE